UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RODOLFO HERNANDEZ GARCIA,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.

_____/

Case No. 1:25-cv-1280

Honorable Hala Y. Jarbou

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his detention.

Petitioner names the following as Respondents: United States Secretary of Homeland Security Kristi Noem, who has broad authority over the operation and enforcement of immigration laws, and Field Office Director of the Detroit Field Office of ICE Robert Lynch, charged with the detention and removal of noncitizens who fall under the jurisdiction of the Detroit Field Office. (Pet., ECF No. 1, PageID.3–4.) Petitioner asks the Court for the following relief: declare that Respondents' actions to detain Petitioner violate the Fifth Amendment's Due Process Clause and the Immigration and Nationality Act; issue a writ of habeas corpus ordering the immediate release of Petitioner or order Respondents to schedule a bond hearing for Petitioner's removal proceedings within 5 days of the order and accept jurisdiction to issue a bond order; and award reasonable attorney's fees and costs. (Pet., ECF No. 1, PageID.17–18.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on each Respondent and the United States Attorney for the Western District of Michigan.

2. On or before the third business day after receipt of the petition and this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their order to show cause response.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated: October 24, 2025           /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE