UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RODOLPHO HERNANDEZ GARCIA,

        Petitioner,                        Case No. 1:25-cv-01280

v.                                        Hon. Hala Y. Jarbou
                                              Chief U.S. District Court Judge

KRISTI NOEM, et al.

        Respondents.
_____/

## **STIPULATED ORDER TO DISMISS**

The parties, by their respective counsel, hereby stipulate to a dismissal of this action without prejudice and without costs or attorneys' fees to any party. Petitioner has been released from Respondents' custody.

**SO STIPULATED**:

Dated: November 17, 2025             KRIEZELMAN BURTON & ASSOCIATES

                                                   /s/ *Kevin Andrew Raica*
                                                   KEVIN ANDREW RAICA
                                                   200 W Adams St., Ste. 2211
                                                   Chicago, IL 60606
                                                   (312) 332-2550
                                                    Kraica@krilaw.com
                                                   Attorneys for Petitioner

|  |  |
|---|---|
|  | TIMOTHY VERHEY<br>United States Attorney |
| Dated: November 17, 2025 | */s/ Ryan D. Cobb*<br>RYAN D. COBB<br>Assistant United States Attorney<br>330 Ionia Ave. NW, Suite 501<br>Grand Rapids, MI 49503<br>(616) 456-2404<br>Ryan.Cobb@usdoj.gov<br>Attorneys for Respondents |

**SO ORDERED:**

Dated: <u>November 17, 2025</u>   /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 Chief United States District Judge

2